UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-CR-17 RM |
| | ) | |
| JASON RIFE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 4, 2012 [Doc. No. 31]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Jason Rife's plea of guilty, and FINDS the defendant guilty of Count 6 the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   September 26, 2012

    /s/ Robert L. Miller, Jr.
Judge
United States District Court